UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SHAW, | ) | |
| | ) | |
|    *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-03692-SDG |
| | ) | |
| CLYDE INDUSTRIES, INC. | ) | |
| | ) | |
|    *Defendant.* | ) | |

## NOTICE OF SETTLEMENT

The Parties hereby provide this Notice, advising the Court that this matter has settled in all respects. The Parties have executed a written settlement agreement and will be filing a joint stipulation of dismissal with prejudice within the next several weeks.

Respectfully submitted, this 5th day of May, 2023.

**MARTENSON, HASBROUCK & SIMON LLP**

/s/ Matthew D. Treco
_____
Matthew D. Treco
Georgia Bar No. 802181
2573 Apple Valley Road NE
Atlanta, Georgia 30309
T: (404) 909-8100
F: (404) 909-8120
mtreco@martensonlaw.com
*Counsel for Defendant*

1

**RADFORD & KEEBAUGH, LLC**

*/s/ Zachary Panter* [w/ express permission]
Zachary Panter
Georgia Bar No. 822012
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
T: (678) 271-0308
zachary@decaturlegal.com
*Counsel for Plaintiff*

## **NOTICE OF SETTLEMENT**

I hereby certify that on this 5th day of May, 2023, I caused the above and foregoing **NOTICE OF SETTLEMENT** to be electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____

Matthew D. Treco
